**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT HALL, | No. 2:12-CV-1609-CMK-P |
|     Petitioner, | |
|   vs. | <u>ORDER</u> |
| CARMELA HARRIS, | |
|     Respondent. | |
|                                            / | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition challenges a conviction issued by the Kings County Superior Court.[1] Kings County is part of the Fresno division of this court. See Local Rule 120(b). Because the Sacramento division is not the proper division, this action will be transferred to the Fresno division.

---

[1] For his second claim for relief, petitioner argue that he received ineffective assistance of counsel at his criminal trial. For his first claim, petitioner asserts that he was subject to a rules violation charge in retaliation while housed at Corcoran State Prison. As to this claim, it is unclear whether he is raising a due process challenge to the rules violation charge, which would be cognizable in a habeas petition, or whether he is raising a First Amendment claim based on retaliation, which would not be cognizable in a habeas case. The court expresses no opinion at this time on the issue.

1

Accordingly, IT IS HEREBY ORDERED that this action is transferred to the United States District Court for the Eastern District of California sitting in Fresno.

DATED: June 21, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE